IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OYENOKACHIKEM CHARLES OSAMOR, FCI NO.97978-079, Plaintiff, v.<br><br>CHANNEL 2 NEWS, *et al.*, Defendants. | CIVIL ACTION H-09-2788 |

## ORDER REGARDING MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff, a federal inmate, has filed a complaint alleging violations of his civil rights under 42 U.S.C. § 1983. (Docket Entry No.1). Plaintiff has also filed an application to proceed *in forma pauperis*. (Docket Entry No.2). The Prison Litigation Reform Act of 1996 (PLRA) requires prisoners filing lawsuits to pay an initial partial filing fee. The Act also requires prisoners to pay thereafter the balance of the full filing fee of $350.

Accordingly, based on plaintiff's inmate trust account statement, the Court ORDERS that:

1. The application for leave to proceed *in forma pauperis* (Docket Entry No.2) is GRANTED.

2. The plaintiff is assessed an initial partial filing fee of $29.76. The agency having custody of the plaintiff shall collect this amount from the plaintiff's inmate trust fund account or institutional equivalent, when funds are available, forward it to the Clerk.

3. Thereafter, the plaintiff shall pay $320.24, the balance of the filing fees, in periodic installments as required by 28 U.S.C. § 1915(b). The agency shall collect this amount from the plaintiff's trust account and forward it to the Court.

4. The plaintiff is responsible for signing all consents and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawal from the plaintiff's inmate trust account.

5. Failure to pay the initial partial filing fee or to show that the plaintiff has insufficient assets or means by which to pay the initial partial filing fee within 30 days may result in a dismissal of the plaintiff's complaint without further notice.

6. Service of process will be withheld pending judicial screening pursuant to 28 U.S.C. § 1915A.

7. No amendments or supplements to the complaint will be filed without prior court approval. A complete amended complaint will be attached to any motion to amend.

8. All discovery in this case is stayed until the court enters an order to answer.

9. No motions for appointment of counsel shall be filed until the court has completed its screening pursuant to 28 U.S.C. § 1915A, which may include a hearing under *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).

10. The plaintiff must notify the court of any change of address by filing a written notice of change of address with the Clerk. Failure to file such notice may result in this case being dismissed for want of prosecution.

NOTICE TO THE PLAINTIFF:

A. Although you have been granted permission to proceed as a pauper, you must pay the full filing fee when funds are available under 28 U.S.C. § 1915(b). If you do not wish to pay the full filing fee, you must notify the court in writing, by letter or motion, that you

do not wish to prosecute this civil action. You may use the attached motion to notify the court. Your notice must be mailed within 30 days of the date of entry of this order.

    B. Payment of all or any part of the full filing fee will not prevent dismissal of the complaint if it is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. If the case is dismissed on any of those grounds before payment of the entire filing fee, the plaintiff must still pay the entire filing fee. When a prisoner has had three or more prior actions or appeals dismissed for being frivolous, malicious, or failing to state a claim upon which relief may be granted, federal law prohibits the prisoner from bringing any more actions or appeals *in forma pauperis* unless the plaintiff is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

    The Clerk of Court will send a copy of this Order to the parties and to the Bureau of Prisons Administrator in charge of Inmate Trust Fund Accounts at the Satellite Camp in Seagoville, Texas.

    Signed at Houston, Texas, on _September 1_, 2009.

_Frances Stacy_
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OYENOKACHIKEM CHARLES OSAMOR, FCI NO.97978-079, Plaintiff, v. CHANNEL 2 NEWS, *et al.*, Defendants. | CIVIL ACTION H-09-2788 |

### MOTION FOR VOLUNTARY DISMISSAL

I, _____, plaintiff, seek voluntary dismissal under Rule 41(a), Fed. R. Civ. P., because I do not want to pay the filing fee in this case.

_____
Plaintiff

_____
Date